FILED: January 14, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2222
(8:19-cv-02715-PWG)
_____

CASA DE MARYLAND, INC.; ANGEL AGUILUZ; MONICA CAMACHO PEREZ

        Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI, II, in his official capacity as Acting Director, U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES

        Defendants - Appellants

_____

O R D E R
_____

Appellees filed a petition for rehearing and rehearing en banc of the court's December 9, 2019, order granting a stay pending appeal, and appellants filed a response in opposition.

No judge requested a poll on the petition for en banc rehearing of the motions panel's stay decision.

The court denies the petition for rehearing and rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk