UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2222
(8:19-cv-02715-PWG)

_____

CASA DE MARYLAND, INC.; ANGEL AGUILUZ; MONICA CAMACHO PEREZ

    Plaintiffs - Appellees

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TRACY RENAUD, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES

    Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

    Amicus Supporting Appellants

AMERICAN ACADEMY OF PEDIATRICS; MARYLAND CHAPTER, AMERICAN ACADEMY OF PEDIATRICS; VIRGINIA CHAPTER, AMERICAN ACADEMY OF PEDIATRICS; AMERICAN MEDICAL ASSOCIATION; MARYLAND STATE MEDICAL SOCIETY; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; INSTITUTE FOR POLICY INTEGRITY AT NEW

YORK UNIVERSITY SCHOOL OF LAW; UNITED STATES HOUSE OF REPRESENTATIVES; LEGAL HISTORIANS; CENTER FOR REPRODUCTIVE RIGHTS; MEMBERS OF CONGRESS; JUDY CHU, Chair of the CAPAC; ADRIANO ESPAILLAT, CHC Whip; YVETTE D. CLARKE, Chair of the CBC Immigration Task Force; JOAQUIN CASTRO, Chair of the CHC; KAREN BASS, Chair of the CBC; PRAMILA JAYAPAL, Chair of the CAPAC Immigration Task Force; BARBARA LEE, Co-Chair of the CAPAC Healthcare Task Force; NONPROFIT ANTI-DOMESTIC VIOLENCE AND SEXUAL ASSAULT ORGANIZATIONS; IMMIGRATION LAW PROFESSORS; FISCAL POLICY INSTITUTE; PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; PUBLIC JUSTICE CENTER; HEALTH LAW ADVOCATES, INC. AND OTHER ORGANIZATIONS

       Amici Supporting Appellees

PUBLIC CITIZEN; NATIONAL FAIR HOUSING ALLIANCE; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA; PUBLIC INTEREST LAW CENTER; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; UNITED STATES HOUSE OF REPRESENTATIVES; CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS; LAWYERS FOR CIVIL RIGHTS; LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA; PUBLIC COUNSEL; WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS; PUBLIC HEALTH, HEALTH POLICY, MEDICINE, AND NURSING DEANS, CHAIRS, AND SCHOLARS; AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN ACADEMY OF NURSING

       Amici Supporting Rehearing

_____

O R D E R

_____

Upon consideration of the motion to recall the mandate to permit intervention as appellant; the opposed motion to reconsider, or in the alternative to rehear, the motion to dismiss; and the opposed motion for leave to intervene as defendant-

appellants, the court denies the motions.

Entered at the direction of Chief Judge Gregory.

For the Court

/s/ Patricia S. Connor, Clerk